FILED
PIKE COUNTY, MISS.

MAR 20 2015

ROGER A. GRAVES
CIRCUIT CLERK

BY

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSISSIPPI

SHIRLEY ANN EVANS                                          **PLAINTIFF**

VS.                      CIVIL ACTION NO. _15-048-PCT_

SUPERMARKET OPERATIONS, INC.
d/b/a McCOMB MARKET; COMMERCIAL
PROPERTY 1, LLC; CPM ASSOCIATES, L.P.;
AND, JOHN DOES 1-10                                 **DEFENDANTS**

---

### COMPLAINT
### (JURY TRIAL REQUESTED)

---

COMES NOW the Plaintiff, Shirley Ann Evans (hereafter the "Plaintiff"), by and through her counsel of record and files this Complaint against the Defendants, Supermarket Operations, Inc. d/b/a McComb Market; Commercial Property 1, LLC; CPM Associates, L.P.; and, John Does 1-10 (hereafter the "Defendants") for cause would show unto this Honorable Court the following, to wit:

### PARTIES

1.    The Plaintiff, Shirley Ann Evans, is an adult resident citizen of Lincoln County, Mississippi and currently resides at 3066 Summit Drive SW, Bogue Chitto, Mississippi 39629.

2.    The Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is a foreign corporation organized under the laws of the State of Louisiana, with its principal office address of Post Office Box 18220, Natchez, Mississippi 39122-8200. Supermarket Operations, Inc. is doing business in Pike County Mississippi as the McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648. Supermarket Operations, Inc. may be served with process of this Court through its registered agent of process Harley D. Loy, who can be located at 116 Lower Woodville Road, Post Office Box 8220, Natchez, Mississippi 39120.

3.    The Defendant, Commercial Property 1, LLC, is a Limited Liability Company organized under the laws of the State of Mississippi and with its principal place of business located at



EXHIBIT

A

613 Crescent Circle, Suite 200, Ridgeland, Mississippi 39157. Commercial Property 1, LLC may be served with process of this Court through its registered agent of process Gary B. Cress, who can be located at 772 Lake Harbour Drive, Ridgeland, Mississippi 39157 or Post Office Box 1260, Ridgeland, Mississippi 39158.

4.      The Defendant, CPM Associates, L.P., is a Limited Partnership organized under the laws of the State of Tennessee and with its principal place of business located at 1300 First Tennessee Building, Chattanooga, Tennessee 37402. CPM Associates, L.P. may be served with process of this Court through its registered agent of process Corporation Service Company, 506 South President Street, Jackson, Mississippi 39201.

5.      Defendants, John Does 1 – 10, are the owners, operators, managers, and all other entities, corporate and/or individuals, of the following:

    a)      McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648;

    b)      Supermarket Operations, Inc. located at 116 Lower Woodville Road, Post Office Box 8220, Natchez, Mississippi 39120;

    c)      Commercial Property 1, LLC located at 613 Crescent Circle, Suite 200, Ridgeland, Mississippi 39157;

    d)      CPM Associates, L.P., located at 1300 First Tennessee Building, Chattanooga, Tennessee 37402.

These individuals were in some manner negligently and proximately responsible for the events and happenings alleged in this Complaint and for the Plaintiff's injuries and damages.

**JURISDICTION AND VENUE**

6.      The Circuit Court of Pike County, Mississippi, has jurisdiction of the parties and the subject matter of this action.

- 2 -

7.      Venue is proper as this civil action arises out of negligent acts and omissions committed in Pike County, Mississippi, and the cause of action occurred and accrued in Pike County, Mississippi.

## FACTS

8.      The Plaintiff adopts and alleges the allegations contained in paragraphs 1 through 8 of this Complaint as if fully set out herein.

9.      At all times mentioned in this Complaint, the Defendant, Supermarket Operations, Inc. d/b/a McComb Market owned and operated a grocery/retail store known as McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648.

10.      At all times mentioned in this Complaint, the Defendant, Commercial Property 1, LLC, owned the property on which the Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is located at 1209 Delaware Avenue, McComb, Mississippi 39648.

11.      At all times mentioned in this Complaint, the Defendant, CPM Associates, L.P., owned the property on which the Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is located at 1209 Delaware Avenue, McComb, Mississippi 39648.

12.      At all times mentioned in this Complaint, the Defendant, Supermarket Operations, Inc. d/b/a McComb Market, invited the general public, including the Plaintiff, to enter the premises of the McComb Market, located at 1209 Delaware Avenue, McComb, Mississippi 39648, for reasons mutually advantageous to both the Defendant and the Plaintiff.

13.      On or about January 1, 2014, the Plaintiff was an invitee on the premises of the McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648.

14.      At the above-mentioned time and place, the Plaintiff was walking in the parking lot toward the entrance of the subject premises of the McComb Market, when suddenly and without warning, she tripped on a crack between the concrete slabs which caused a dangerous elevation. This caused the Plaintiff to fall violently to the ground causing her to sustain injuries and damages.

- 3 -

15.   The Defendant, Supermarket Operations, Inc., as owners and operators of both the McComb Market, as well as, owners and operators of the premises on which it is located, where the Plaintiff was seriously injured, owed a duty to the Plaintiff to keep the premises of McComb Market in a reasonably safe condition, to warn the Plaintiff of any dangerous conditions not readily apparent of which it knew or should have known in the exercise of reasonable care, and to conduct reasonable inspections to discover dangerous conditions existing on the premises of the McComb Market.

16.   The Defendant, Supermarket Operations, Inc., as owners and operators of both the McComb Market, as well as, the Defendants, Commercial Property 1, LLC, and CPM Associates, L.P., as owners and operators of the premises on which it is located, where the Plaintiff was seriously injured, breached the duties owed to the Plaintiff by:

   a)   Failing to maintain the premises of the McComb Market in a reasonably safe condition;

   b)   Failing to make reasonable inspections to discovery dangerous conditions existing on the premises of the McComb Market;

   c)   Failing to warn the Plaintiff of the danger presented by the presence of several mats on the premises of the McComb Market; and,

   d)   Failing to otherwise exercise due care with respect to the matters alleged in this Complaint.

17.   As a direct and proximate result of the negligence of the Defendants, as set forth above, the Plaintiff slipped and fell while entering and on the premises of the McComb Market.

18.   As a further direct and proximate result of the negligence of the Defendants, as set forth above, the Plaintiff sustained serious injuries and damages including but not limited to physical injuries; past, present, and future pain and suffering; past, present and future medical expenses; lost wages and other damages that will be proved at the trial of this matter.

- 4 -

## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests a trial by jury and demands damages including actual, compensatory, consequential, and incidental damages, for physical injuries; past, present and future physical and emotional pain and suffering, past, present and future medical expenses; lost wages and any other special damages that may be incurred by the Plaintiff, together with attorney's fees, costs of suit and any further relief as the Court may deem proper.

THIS, the 26th day of February, 2015.

Respectfully submitted,

**SHIRLEY ANN EVANS, PLAINTIFF**

By: _____
       JOHN C. HALL, II
       *Attorney for Plaintiff*

Of Counsel:

John C. Hall, II, MSB No. 99384
MORGAN & MORGAN, P.A.
One Jackson Place, Suite 777
188 East Capitol Street
Jackson, Mississippi 39201
Telephone:  (601) 949-3388
Facsimile:  (601) 718-2094
Email: jhall@forthepeople.com

https://corp.sos.ms.gov/corp/portal/c/page/corpBusinessIdSearch/portal....



# DELBERT HOSEMANN
## *Secretary of State*

This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|------|-----------|
| CPM ASSOCIATES, L.P. | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Limited Partnership |
| **Business ID:** | 616025 |
| **Status:** | Good Standing |
| **Effective Date:** | 03/13/1995 |
| **State of Incorporation:** | TN |
| **Principal Office Address:** | 1300 FIRST TENNESSEE BLDG<br>CHATTANOOGA, TN 37402 |

### Registered Agent

**Name**

CORPORATION SERVICE COMPANY
506 S PRESIDENT ST
JACKSON, MS 39201

### Officers & Directors

| Name | Title |
|------|-------|
| BRIGHT INTERESTS, L.P.<br>1300 FIRST TENNESSEE<br>BLDG<br>CHATTANOOGA, TN 37402 | General Partner |



5/6/2015 2:52 PM

## AFFIDAVIT OF JULIA HENDERSON

STATE OF TENNESSEE
COUNTY OF *Hamilton*

PERSONALLY APPEARED before me, the undersigned authority in and for the aforesaid jurisdiction, JULIA HENDERSON, who, after being duly sworn, did depose and say:

1.    My name is Julia Henderson and I am the Director of Risk Management for Fletcher Bright Company.

2.    I have personal knowledge of the matters set forth in this Affidavit and I am competent to testify as to these matters.

3.    The member partners of CPM Associates, LP include the following:

| | |
|---|---|
| Audeline Phillips | 2412 Hamill Rd. Hixson, TN 37343 |
| Bright Interests, LP | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Diane Doll | 880 NE 69th Street, Unit 6K Miami, Fl 33138 |
| Donald Barkley | 2880 Bakers Farm Road SE Atlanta, Ga 30329 |
| Fletcher Bright Company, Inc. | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Fletcher Bright Partnership, No. 2 | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Friday's Plaza Associates LTD | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| George Bright | 1511 Chickamauga Trail Lookout Mtn, Ga 30750 |

1



EXHIBIT

C

| | |
|---|---|
| George N Dickinson III Credit Shelter c/o Sanford B Dickinson, Executor | 1535 Stonegate Way Atlanta, Ga 37327 |
| Irrevocable Trust of R Park Ellis | 2956 Paces Lake Drive Building 13 Atlanta, Ga 30339 |
| Marital Trust U/A John M Martin c/o SE Martin & CG Martin Co- Trustee | 900 Cumberland Road Chattanooga, TN 37409 |
| Mertland Hedges | P O Box 5757 Chattanooga, TN 37405 |
| Michelle Smith | 521 Cedar Glen Circle East Ridge, TN 37412 |
| Neil Meyers | 5881 Glenridge Drive Suite 220 Atlanta, GA 30328 |
| Patrice Davis | 917 Arden Way Signal Mtn, TN 37377 |
| Robert Keiter | 1827 Powers Ferry Rd Building 13 Atlanta, GA 30339 |
| William O Meyers Family Trust c/o Stephen M Johnson PC | 90 Glen Oaks Drive Atlanta, GA 30327 |

4.      The member partners of Bright Interests, LP include Bright Interests, Inc. and Fletcher Bright, who is a citizen of Tennessee.

5.      None of the members of Fletcher Bright Partnership, LP No. 2 are citizens of Mississippi. The specific members of Fletcher Bright Partnership, LP No. 2 include:

| | |
|---|---|
| Fletcher W. Bright | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| George T. Bright | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Anne V. Bright | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Elizabeth Bright Graham | 537 Market Street, Suite 400 Chattanooga, TN 37402 |

2

| Frank S. Bright | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Ann Bright Monk | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Lucy Bright Griffin | 537 Market Street, Suite 400 Chattanooga, TN 37402 |

5.   None of the members of Friday Plaza Associates, LTD are citizens of Mississippi. The members of Friday Plaza Associates, LTD include the following:

| Bright Interests, Inc. | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Fletcher Bright Company, Inc. | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| Fletcher Bright Partnership No. 2 | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| George N Dickinson III Credit Shelter c/o Sanford B Dickinson, Executor | 1535 Stonegate Way Atlanta, Ga 37327 |
| George R. Fontaine Trust c/o ELD Associates[1] | 832 Georgia Avenue, Suite 400 Chattanooga, TN 37402 |
| Irrevocable Trust of R Park Ellis | 2956 Paces Lake Drive Building 13 Atlanta, Ga 30339 |
| James Brown | 537 Market Street, Suite 400 Chattanooga, TN 37402 |
| John T. Fontaine Trust c/o ELD Associates | 832 Georgia Avenue, Suite 400 Chattanooga, TN 37402 |
| Robert Keiter | 1827 Powers Ferry Rd Building 13 |

[1] The trustee of the George R. Fountain Trust, the John T. Fountain Trust, and the William L. Davenport Trust is Thomas Carter Lupton. Neither the trustee nor any of the beneficiaries of these three trusts are citizens of Mississippi.

| | Atlanta, GA 30339 |
|---|---|
| William L. Davenport Trust c/o ELD Associates | 832 Georgia Avenue, Suite 400 Chattanooga, TN 37402 |

6.    The George N Dickinson III Credit Shelter is a trust. The trustee is his spouse, Sanford Dickinson, who is a citizen of Atlanta, GA. None of the beneficiaries of this trust are citizens of Mississippi.

7.    Merrill Ellis is the trustee of the Irrevocable Trust of R Park Ellis. She is a citizen of Atlanta, GA. None of the beneficiaries of this trust are citizens of Mississippi.

8.    CG Martin and S.E. Martin are co-trustees of the Marital Trust U/A John M Martin. The trustees are a citizens of Tennessee. None of the beneficiaries of this trust are citizens of Mississippi.

9.    Stephen M Johnson is the trustee of the William O Meyers Family Trust. The trustee is a citizen of Atlanta, Ga. None of the beneficiaries of this trust are citizens of Mississippi.

FURTHER AFFIANT SAYETH NOT.

JULIA HENDERSON

SWORN TO AND SUBSCRIBED before me, this the _1st_ day of July, 2015.

Notary Public

My commission expires:

February 10, 2018

4

https://corp.sos.ms.gov/corp/portal/c/page/corpBusinessIdSearch/portal....



# DELBERT HOSEMANN
### *Secretary of State*

## This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|------|-----------|
| FLETCHER BRIGHT COMPANY | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Profit Corporation |
| **Business ID:** | 311478 |
| **Status:** | Good Standing |
| **Effective Date:** | 11/20/1980 |
| **State of Incorporation:** | TN |
| **Principal Office Address:** | 537 Market Street Suite 400 Chattanooga, TN 37402 |

### Registered Agent

**Name**

CORPORATION SERVICE COMPANY
506 S PRESIDENT ST
JACKSON, MS 39201

### Officers & Directors

| Name | Title |
|------|-------|
| George Bright | Director, President |
| Clifford G. Martin 537 Market Street Suite 400 Chattanooga, TN 37402 | Director, Vice President |
| Fletcher W Bright | Director, Treasurer |



EXHIBIT

D

6/30/2015 10:50 AM



# DELBERT HOSEMANN
## Secretary of State

This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|---|---|
| BRIGHT INTERESTS, L.P. | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Limited Partnership |
| **Business ID:** | 614419 |
| **Status:** | Good Standing |
| **Effective Date:** | 01/23/1995 |
| **State of Incorporation:** | TN |
| **Principal Office Address:** | 1300 FIRST TENNESSEE BLDG CHATTANOOGA, TN 37402 |

### Registered Agent

**Name**

CORPORATION SERVICE COMPANY
506 S PRESIDENT ST
JACKSON, MS 39201

### Officers & Directors

| Name | Title |
|---|---|
| BRIGHT INTERESTS INC 1300 FIRST TENNESSEE BLDG CHATTANOOGA, TN 37402 | General Partner |



EXHIBIT

E



# DELBERT HOSEMANN
## Secretary of State

This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|---|---|
| BRIGHT INTERESTS, INC. | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Profit Corporation |
| **Business ID:** | 615146 |
| **Status:** | Good Standing |
| **Effective Date:** | 02/13/1995 |
| **State of Incorporation:** | TN |
| **Principal Office Address:** | 537 MARKET ST STE 400<br>CHATTANOOGA, TN 37402 |

### Registered Agent

**Name**

CORPORATION SERVICE COMPANY
506 S PRESIDENT ST
JACKSON, MS 39201

### Officers & Directors

| Name | Title |
|---|---|
| Fletcher Bright<br>537 Market St Ste 400<br>Chattanooga, TN 37402 | Director, President, Treasurer |
| George Bright<br>537 Market St Ste 400<br>Chattanooga, TN 37402 | Vice President |
| Julia S Henderson<br>537 Market St Ste 400<br>Chattanooga, TN 37402 | Secretary |



EXHIBIT
F

6/30/2015 10:49 AM

Julia S. Henderson
537 Market St, Suite 400                  Secretary
Chattanooga,  TN 37402


James A Brown
537 Market Street, Suite 400
Chattanooga,  TN 37402                     Assistant Secretary



# DELBERT HOSEMANN
*Secretary of State*

This is not an official certificate of good standing.

## Name History

| Name | Name Type |
|------|-----------|
| SUPERMARKET OPERATIONS, INC. | Legal |

## Business Information

| | |
|---|---|
| **Business Type:** | Profit Corporation |
| **Business ID:** | 300416 |
| **Status:** | Good Standing |
| **Effective Date:** | 12/29/1969 |
| **State of Incorporation:** | LA |
| **Principal Office Address:** | 116 lower woodville rd. NATCHEZ, MS 39120 |

## Registered Agent

**Name**

HARLEY D LOY
116 LOWER WOODVILLE RD, PO BOX 18220
NATCHEZ, MS 39120

## Officers & Directors

| Name | Title |
|------|-------|
| Harley Loy 109 Woodhaven Natchez, MS 39120 | President |
| Harley D Loy PO Box 18220 Natchez, MS 39122-8220 | Director, President |



EXHIBIT

G

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSISSIPPI

**SHIRLEY ANN EVANS**                                                              **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 15-048-PCT**

**SUPERMARKET OPERATIONS, INC.**
**d/b/a McCOMB MARKET; COMMERCIAL**
**PROPERTY 1, LLC; CPM ASSOCIATES, L.P.;**
**AND, JOHN DOES 1-10**                                                  **DEFENDANTS**

---

### PLAINTIFF'S RESPONSES TO DEFENDANT
### CPM ASSOCIATES, L.P.'S FIRST SET OF REQUESTS FOR ADMISSIONS

---

COMES NOW the Plaintiff, Shirley Ann Evans (hereafter the "Plaintiff"), by and through her counsel of record, pursuant to the *Mississippi Rules of Civil Procedure* and responds to Defendant, CPM Associates, L.P.'s (hereinafter "CPM") First Set of Requests for Admission, as follows, to-wit:

**REQUEST NO. 1:**     Please admit that the plaintiff is seeking damages exceeding $75,000, exclusive of interest and costs, in this case.

**RESPONSE NO. 1:**     Admitted.

**REQUEST NO. 2:**     Please admit that the Plaintiff will, after the expiration of one year from the date this action was commenced, move to amend the Complaint to seek damages in excess of $75,000, exclusive of interest and costs.

**RESPONSE NO. 2:**     Denied.

**REQUEST NO. 3:**     Please admit that the plaintiff or her attorneys will ask a judge or jury for damages in excess of $75,000, exclusive of interest and costs.

**RESPONSE NO. 3:**     Admitted.



EXHIBIT

H

**REQUEST NO. 4:**      Please admit that in the event of a verdict in excess of $75,000, exclusive of interest and costs, the plaintiff and her attorney will not refrain from executing on any portion of the judgment that exceeds $75,000, exclusive of interest and costs.

**RESPONSE NO. 4:**      Admitted.

**REQUEST NO. 5:**      Please admit that in the event of a verdict in excess of $75,000, exclusive of interest and costs, the plaintiff and her attorneys will not agree that any such judgment will be satisfied and canceled upon payment of $75,000.

**RESPONSE NO. 5:**      Admitted.

THIS, the 4th day of June, 2015.

Respectfully submitted,

**SHIRLEY ANN EVANS, PLAINTIFF**

By:  _____

JOHN C. HALL, II
*Attorney for Plaintiff*

Of Counsel:

John C. Hall, II, MSB No. 99384
MORGAN & MORGAN, P.A.
One Jackson Place, Suite 777
188 East Capitol Street
Jackson, Mississippi  39201
Telephone:  (601) 949-3388
Facsimile:  (601) 718-2094
Email: jhall@forthepeople.com

- 2 -

## CERTIFICATE OF SERVICE

I, John C. Hall, II, counsel of record for the Plaintiff, Shirley Ann Evans, do hereby certify that I have this day forwarded, via United States Mail, postage prepaid, and/or via electronic transmission, a true and correct copy of the foregoing document to the following:

> H. Wesley Williams, III, Esq.
> MARKOW WALKER, P.A.
> Post Office Box 13669
> Jackson, Mississippi 39236-3669
> wwilliams@markowwalker.com

THIS, the 4th day of June, 2015.

By: _____
JOHN C. HALL, II
*Attorney for Plaintiff*

# Pike County Circuit Clerk's Office
## Roger A. Graves, Circuit Clerk
### P O Drawer 31
### Magnolia, Mississippi 39652
### Phone 601-783-2581
### Fax 601-783-6322
### www.co.pike.ms.us

June 18, 2015

Wes Williams
Markow Walker
P O Box 13669
Jackson, MS 39236


Re:  Certified Copy of Pike County Circuit Court Civil Cause #15-048-PCT
*Shirley Ann Evans  vs  Supermarket Operations, Inc., et al*


Dear Mr. Williams,

Enclosed please find a certified copy of the entire file referenced above. Please send
$37.00 (thirty-seven dollars) for copies of the documents referenced above.  The
cost for copies is $1.00 (one dollar) per page and the certified fee is $1.00 (one
dollar) per case.

If we may be of further assistance to you, please feel free to contact us.
Thank you,



Gina Milner
Deputy Clerk



# In the Circuit Court of the 14th Judicial District
# Of Pike County, Mississippi

I, Roger A. Graves, Circuit Clerk of the Circuit & County Courts of Pike County, Mississippi, hereby certify that the foregoing constitutes a true and correct copy of the entire file in Cause Number 15-048-PCT on the Circuit Court Docket of the Circuit Court of Pike County, Mississippi, in cause styled:

## SHIRLEY ANN EVANS
### VS
## SUPERMARKET OPERATIONS, INC.
## DBA MCCOMB MARKET; COMMERCIAL PROPERTY 1, LLC
## CPM ASSOCIATES, L.P.; AND JOHN DOES 1-10

1. Complaint
2. Notice of Service
3. Answer and Defenses
4. Notice of Service of Discovery Responses
5. Summons Return – Commercial Property 1
6. Summons Return – CPM Associates, L.P.

Given under my hand and seal of office, this date, June 18, 2015.

Roger A. Graves, Circuit Clerk
Pike County, Mississippi

By: _____   D.C.

```
     1      General Docket, Civil Cases, Circuit Court, PIKE COUNTY
=======================================================================
No. 15-048-PCT                                        CFN    50111

EVANS, SHIRLEY ANN                     Counsel for Plaintiff
     VS.                               John C. Hall
                                       Counsel for Defendant
SUPERMARKET OPERATIONS, INC., DBA MCCOMB H. W. Williams, III
GENERAL NEGLIGENCE                           JUDGE Michael Madison Taylor
=======================================================================
     DATE                     ORDERS, JUDGMENTS, ETC.
-----------------------------------------------------------------------
  3/20/15 Complaint
  3/20/15 Summons Issued To Atty
  3/20/15 $    160.00   PAID RECEIPT #072494
  5/11/15 Notice of Service
  5/11/15 Answer and Defenses
  6/10/15 Notice of Service of Discovery Responses
  6/18/15 Summons Returned Showing Service on Commercial Property 1,
          4/13/15
  6/18/15 Summons Returned Showing Service on CPM Associates  4/8/15
```

15-048-PCT 11

| **COVER SHEET** | Court Identification Docket # | | | Case Year | Docket Number |
|---|---|---|---|---|---|
| Civil Case Filing Form | 57 | CI | 20/5 | 0004B |

**COVER SHEET**
Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Court Identification Docket #
57 [ ] [ ] CI [ ]
County #   Judicial District   Court ID (CH, CI, CO)

Case Year
20/5

Docket Number
0004B
Local Docket ID

0 3 20 15
Month   Date   Year

Mississippi Supreme Court   Form AOC/01
Administrative Office of Courts   (Rev 2009)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

| In the CIRCUIT | Court of PIKE | County — | Judicial District |
|---|---|---|---|

**Origin of Suit (Place an "X" in one box only)**
[X] Initial Filing   [ ] Reinstated   [ ] Foreign Judgment Enrolled   [ ] Transfer from Other court   [ ] Other
[ ] Remanded   [ ] Reopened   [ ] Joining Suit/Action   [ ] Appeal

**Plaintiff - Party(ies) initially Bringing Suit Should be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual   EVANS                     SHIRLEY                                          A.
             Last Name                First Name          Maiden Name, if applicable        M.I.   Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
    D/B/A or Agency _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
    D/B/A _____

Address of Plaintiff   3066 Summit Drive SW, Boque Chitto, MS  39629

Attorney (Name & Address)   John C. Hall, II, 188 E. Capitol Street, Suite 777, Jackson, MS 39201   MS Bar No.  99384

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual   _____
             Last Name                First Name          Maiden Name, if applicable        M.I.   Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
    D/B/A or Agency _____

Business  SUPERMARKET OPERATIONS, INC.
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

X  Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
    D/B/A  McCOMB MARKET

Attorney (Name & Address) - If Known                                        MS Bar No.

**Damages Sought:**   Compensatory $ _____   Punitive $ _____   Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors – Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [X] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other | [ ] Other | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other | [ ] Other |

15-048-PCT 12

IN THE <u>CIRCUIT</u>     COURT OF <u>PIKE</u>          COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____          Docket No. If Filed
           File Yr     Chronological No.    Clerk's Local ID          Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** _____ _____ ( _____ ) ___ ___
               Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>COMMERCIAL PROPERTY 1, LLC</u>
                  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____     *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) ___ ___
               Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>CPM ASSOCIATES, L.P.</u>
                  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____     *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) ___ ___
               Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
                  Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____     *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

15-048-PCT 13

# MORGAN & MORGAN®

## —— *Attorneys At Law* ——

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3399

February 20, 2015

> **FILED**
> PIKE COUNTY, MISS
>
> **MAR 2 0 2015**
>
> ROGER A. GRAVES
> CIRCUIT CLERK
> BY

Mr. Roger A. Graves, Clerk
CIRCUIT COURT OF PIKE COUNTY
Post Office Box 31
Magnolia, Mississippi 39652

Re:   *Shirley Ann Evans vs. Supermarket Operations, Inc. d/b/a McComb Market; Commercial Property 1, LLC; CPM Associates, L.P.; and, John Does 1-10;* In the Circuit Court of Pike County, Mississippi
[Our File No. 2269488]

Dear Mr. Graves:

Enclosed please find the following documents regarding the above-referenced matter:

1) The original and one (1) copy of the *Complaint;*
2) Triplicate (3) Summons for each Defendant;
3) The original and one (1) copy of the *Plaintiff's First Set of Interrogatories Propounded to the Defendants;*
4) The original and one (1) copy of the *Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants;*
5) The original and one (1) copy of a *Civil Cover Sheet;* and,
6) A firm check in the amount of $160.00 for the filing fee.

Please file the original Complaint and discovery, issue the Summons and return to me for service of process. I have enclosed a self-addressed, postage prepaid envelope for your convenience.

Thank you for your assistance in this matter. If you should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

John C. Hall, II

JCH/mms
Enclosures

—— www.forthepeople.com ——

ATLANTA, GA   ◆   COLUMBUS, GA   ◆   DAYTONA BEACH, FL   ◆   FT. MYERS, FL   ◆   JACKSON, MS   ◆   JACKSONVILLE, FL   ◆   KISSIMMEE, FL
LEXINGTON, KY   ◆   MANHATTAN, NY   ◆   MEMPHIS, TN   ◆   NAPLES, FL   ◆   ORLANDO, FL   ◆   PLANTATION, FL   ◆   ST. PETERSBURG, FL
SARASOTA, FL   ◆   SAVANNAH, GA   ◆   TALLAHASSEE, FL   ◆   TAMPA, FL   ◆   TAVARES, FL   ◆   THE VILLAGES, FL   ◆   WINTER HAVEN, FL

15-048-PCT 14

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSISSIPPI

SHIRLEY ANN EVANS                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 15-048 PCT

SUPERMARKET OPERATIONS, INC.
d/b/a McCOMB MARKET; COMMERCIAL
PROPERTY 1, LLC; CPM ASSOCIATES, L.P.;
AND, JOHN DOES 1-10                                                  DEFENDANTS

FILED
PIKE COUNTY, MISS.
MAR 2 0 2015
ROGER A. GRAVES
CIRCUIT CLERK
BY

---

## COMPLAINT
## (JURY TRIAL REQUESTED)

---

COMES NOW the Plaintiff, Shirley Ann Evans (hereafter the "Plaintiff"), by and through

her counsel of record and files this Complaint against the Defendants, Supermarket Operations, Inc.

d/b/a McComb Market; Commercial Property 1, LLC; CPM Associates, L.P.; and, John Does 1-10

(hereafter the "Defendants") for cause would show unto this Honorable Court the following, to wit:

### PARTIES

1.      The Plaintiff, Shirley Ann Evans, is an adult resident citizen of Lincoln County,

Mississippi and currently resides at 3066 Summit Drive SW, Bogue Chitto, Mississippi 39629.

2.      The Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is a foreign

corporation organized under the laws of the State of Louisiana, with its principal office address of

Post Office Box 18220, Natchez, Mississippi 39122-8200.  Supermarket Operations, Inc. is doing

business in Pike County Mississippi as the McComb Market located at 1209 Delaware Avenue,

McComb, Mississippi 39648.  Supermarket Operations, Inc. may be served with process of this

Court through its registered agent of process Harley D. Loy, who can be located at 116 Lower

Woodville Road, Post Office Box 8220, Natchez, Mississippi 39120.

3.      The Defendant, Commercial Property 1, LLC, is a Limited Liability Company

organized under the laws of the State of Mississippi and with its principal place of business located at

15-048-PCT 15

613 Crescent Circle, Suite 200, Ridgeland, Mississippi 39157. Commercial Property 1, LLC may be served with process of this Court through its registered agent of process Gary B. Cress, who can be located at 772 Lake Harbour Drive, Ridgeland, Mississippi 39157 or Post Office Box 1260, Ridgeland, Mississippi 39158.

4.      The Defendant, CPM Associates, L.P., is a Limited Partnership organized under the laws of the State of Tennessee and with its principal place of business located at 1300 First Tennessee Building, Chattanooga, Tennessee 37402. CPM Associates, L.P. may be served with process of this Court through its registered agent of process Corporation Service Company, 506 South President Street, Jackson, Mississippi 39201.

5.      Defendants, John Does 1 – 10, are the owners, operators, managers, and all other entities, corporate and/or individuals, of the following:

a)      McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648;

b)      Supermarket Operations, Inc. located at 116 Lower Woodville Road, Post Office Box 8220, Natchez, Mississippi 39120;

c)      Commercial Property 1, LLC located at 613 Crescent Circle, Suite 200, Ridgeland, Mississippi 39157;

d)      CPM Associates, L.P., located at 1300 First Tennessee Building, Chattanooga, Tennessee 37402.

These individuals were in some manner negligently and proximately responsible for the events and happenings alleged in this Complaint and for the Plaintiff's injuries and damages.

**JURISDICTION AND VENUE**

6.      The Circuit Court of Pike County, Mississippi, has jurisdiction of the parties and the subject matter of this action.

15-048-PCT 16

7.     Venue is proper as this civil action arises out of negligent acts and omissions committed in Pike County, Mississippi, and the cause of action occurred and accrued in Pike County, Mississippi.

## FACTS

8.     The Plaintiff adopts and alleges the allegations contained in paragraphs 1 through 8 of this Complaint as if fully set out herein.

9.     At all times mentioned in this Complaint, the Defendant, Supermarket Operations, Inc. d/b/a McComb Market owned and operated a grocery/retail store known as McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648.

10.     At all times mentioned in this Complaint, the Defendant, Commercial Property 1, LLC, owned the property on which the Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is located at 1209 Delaware Avenue, McComb, Mississippi 39648.

11.     At all times mentioned in this Complaint, the Defendant, CPM Associates, L.P., owned the property on which the Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is located at 1209 Delaware Avenue, McComb, Mississippi 39648.

12.     At all times mentioned in this Complaint, the Defendant, Supermarket Operations, Inc. d/b/a McComb Market, invited the general public, including the Plaintiff, to enter the premises of the McComb Market, located at 1209 Delaware Avenue, McComb, Mississippi 39648, for reasons mutually advantageous to both the Defendant and the Plaintiff.

13.     On or about January 1, 2014, the Plaintiff was an invitee on the premises of the McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648.

14.     At the above-mentioned time and place, the Plaintiff was walking in the parking lot toward the entrance of the subject premises of the McComb Market, when suddenly and without warning, she tripped on a crack between the concrete slabs which caused a dangerous elevation. This caused the Plaintiff to fall violently to the ground causing her to sustain injuries and damages.

- 3 -

15-048-PCT 17

15.    The Defendant, Supermarket Operations, Inc., as owners and operators of both the McComb Market, as well as, owners and operators of the premises on which it is located, where the Plaintiff was seriously injured, owed a duty to the Plaintiff to keep the premises of McComb Market in a reasonably safe condition, to warn the Plaintiff of any dangerous conditions not readily apparent of which it knew or should have known in the exercise of reasonable care, and to conduct reasonable inspections to discover dangerous conditions existing on the premises of the McComb Market.

16.    The Defendant, Supermarket Operations, Inc., as owners and operators of both the McComb Market, as well as, the Defendants, Commercial Property 1, LLC, and CPM Associates, L.P., as owners and operators of the premises on which it is located, where the Plaintiff was seriously injured, breached the duties owed to the Plaintiff by:

a)    Failing to maintain the premises of the McComb Market in a reasonably safe condition;

b)    Failing to make reasonable inspections to discovery dangerous conditions existing on the premises of the McComb Market;

c)    Failing to warn the Plaintiff of the danger presented by the presence of several mats on the premises of the McComb Market; and,

d)    Failing to otherwise exercise due care with respect to the matters alleged in this Complaint.

17.    As a direct and proximate result of the negligence of the Defendants, as set forth above, the Plaintiff slipped and fell while entering and on the premises of the McComb Market.

18.    As a further direct and proximate result of the negligence of the Defendants, as set forth above, the Plaintiff sustained serious injuries and damages including but not limited to physical injuries; past, present, and future pain and suffering; past, present and future medical expenses; lost wages and other damages that will be proved at the trial of this matter.

15-048-PCT 18

## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests a trial by jury and demands damages including actual, compensatory, consequential, and incidental damages, for physical injuries; past, present and future physical and emotional pain and suffering, past, present and future medical expenses; lost wages and any other special damages that may be incurred by the Plaintiff, together with attorney's fees, costs of suit and any further relief as the Court may deem proper.

THIS, the _26th_ day of February, 2015.

Respectfully submitted,

**SHIRLEY ANN EVANS, PLAINTIFF**

By: _____
   JOHN C. HALL, II
   *Attorney for Plaintiff*

Of Counsel:

John C. Hall, II, MSB No. 99384
MORGAN & MORGAN, P.A.
One Jackson Place, Suite 777
188 East Capitol Street
Jackson, Mississippi 39201
Telephone:  (601) 949-3388
Facsimile:  (601) 718-2094
Email: jhall@forthepeople.com

- 5 -

15-048-PCT 19



*Offices in Jackson, Oxford and Ocean Springs, Mississippi*

**H. Wesley Williams, III**
Also admitted in Arkansas, Louisiana
Tennessee and the District of Columbia

May 8, 2015

Post Office Box 13669
Jackson, MS 39236

599 Highland Colony Parkway, Suite 100
Ridgeland, MS 39157
Telephone (601) 853-1911
Facsimile (601) 853-8284
www.markowwalker.com
E-mail: wwilliams@markowwalker.com

*Pamela Pittman*
*Paralegal*

File No.: 921.150289

FILED
PIKE COUNTY, MISS.

MAY 1 1 2015

ROGER A. GRAVES
CIRCUIT CLERK

Mr. Roger A. Graves
Pike County Circuit Clerk
P.O. Box 31
Magnolia, MS 39652

Re: **Shirley Ann Evans v. Supermarket Operations, Inc. d/b/a McComb Market; Commercial Property 1, LLC; CPM Associates, L.P. and John Does 1-10; In the Circuit Court of Pike County, Mississippi; Cause no. 15-048-PCT**

Dear Mr. Graves:

Enclosed please find the original and one copy of the *Notice of Service of Request for Admissions to Plaintiff* in regard to the above referenced litigation. Please file the original and return the stamped "filed" copy to me in the enclosed, self-addressed, stamped envelope.

By copy of this correspondence, I am providing counsel of record with a copy of same.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

MARKOW WALKER, P.A.

Wes Williams

WW:sf
Enclosures
cc:     John C. Hall, Esq
        Molly Shorter

# 15-048-PCT 20

IN THE CIRCUIT COURT OF
PIKE COUNTY, MISSISSIPPI

Shirley Ann Evans

                Plaintiff

v.

Supermarket Operations,
Inc. d/b/a McComb Market;
Commercial Property 1,
LLC; CPM Associates, L.P.;
and John Does 1-10
                Defendants

Cause No. 15-048-PCT

**Notice of Service**



```
            FILED
      PIKE COUNTY. MISS.

         MAY 1 1 2015

BY          ROGER A GRAVES
              CIRCUIT CLERK
```

TO:   John C. Hall, II, Esq.
       Morgan & Morgan, P.A.
       One Jackson Place, Suite 777
       188 East Capitol Street
       Jackson, MS 39201
       *Counsel for Plaintiff*

     NOTICE is hereby given that Pursuant to Rule 5(d) of the

Mississippi Rules of Civil Procedure that the Defendant, CPM

Associates, L.P., has this date served the following:

     *Defendant's First set of Request for Admissions*

     The undersigned retains the original of the above as

custodian thereof.

     Respectfully submitted, this the ___ day of May, 2015.

                                                          H. Wesley Williams, III

15-048-PCT 21

H. Wesley Williams, III
MS Bar No. 9320
MARKOW WALKER, PA
Post Office Box 13669
Jackson, MS 39236-3669
Telephone: 601-853-1911
Facsimile: 601-853-8284
E-mail: wwilliams@markowwalker.com

*Attorneys for CPM Associates, L.P.*

### Certificate of Service

I, H. Wesley Williams, III, do hereby certify that on May

___, 2015, I do hereby certify that I have this day mailed, via

United States mail, a true and correct copy of the above and

foregoing *Notice of Sevice* to:

John C. Hall, II, Esq.
Morgan & Morgan, P.A.
One Jackson Place, Suite 777
188 East Capitol Street
Jackson, MS 39201
*Counsel for Plaintiff*

This the ___ day of May, 2015.

H. Wesley Williams, III

15-048-PCT 22



*Offices in Jackson, Oxford and Ocean Springs, Mississippi*

**H. Wesley Williams, III**
Also admitted in Arkansas, Louisiana
Tennessee and the District of Columbia

May 7, 2015

Post Office Box 13669
Jackson, MS 39236

599 Highland Colony Parkway, Suite 100
Ridgeland, MS 39157
Telephone (601) 853-1911
Facsimile (601) 853-8284
www.markowwalker.com
E-mail: wwilliams@markowwalker.com

*Pamela Pittman*
*Paralegal*

File No.: 921.150289

FILED
PIKE COUNTY, MISS

MAY 11 2015

ROGER A. GRAVES
CIRCUIT CLERK
BY

Mr. Roger A. Graves
Pike County Circuit Clerk
P.O. Box 31
Magnolia, MS 39652

Re:   **Shirley Ann Evans v. Supermarket Operations, Inc. d/b/a McComb Market; Commercial Property 1, LLC; CPM Associates, L.P. and John Does 1-10; In the Circuit Court of Pike County, Mississippi; Cause no. 15-048-PCT**

Dear Mr. Graves:

Enclosed please find the original and one copy of the *Answer and Defenses* in regard to the above referenced litigation.  Please file the original and return the stamped "filed" copy to me in the enclosed, self-addressed, stamped envelope.

By copy of this correspondence, I am providing counsel of record with a copy of same.

Thank you for your attention to this matter.  Should you have any questions, please do not hesitate to contact me.

Very truly yours,

MARKOW WALKER, P.A.

Wes Williams

WW:sf
Enclosures
cc:   John C. Hall, Esq
      Molly Shorter

15-048-PCT 23



FILED
PIKE COUNTY, MISS

MAY 1 1 2015

ROGER A. GRAVES
CIRCUIT CLERK
BY

IN THE CIRCUIT COURT OF
PIKE COUNTY, MISSISSIPPI

Shirley Ann Evans,                    Cause No.15-048-PCT

                   Plaintiff

        v.                            Answer and Defenses

Supermarket Operations, Inc.
d/b/a, McComb Market;
Commercial Property 1, LLC;
CPM Associates, L.P.; and, John
Does 1-10

                   Defendant

COMES NOW, the Defendant, CPM Associates, L.P.

through counsel, and responds to the allegations in the

Complaint as follows:

### First Defense

The complaint fails to state a claim upon which relief

can be granted and it should be dismissed pursuant to Rule

12(b)(6) of the Mississippi Rules of Civil Procedure.

### Second Defense

The Defendant generally denies all of the averments

contained in the Complaint, and each paragraph and

subparagraph thereof, except such designated averments,

1

**15-048-PCT 24**

paragraphs or subparagraphs, as are expressly set forth to the contrary more fully herein below pursuant to Rule 8(b) of the Mississippi Rules of Civil Procedure.

**AND NOW**, the Defendant, without waiving any of the above-referenced defenses, responds to each and every numbered paragraph in Plaintiff's Complaint, as follows, to-wit:

## PARTIES

1. The Plaintiff, Shirley Ann Evans, is an adult resident citizen of Lincoln County, Mississippi and currently resides at 3066 Summit Drive SW, Bogue Chitto, Mississippi 39629.

**Response:** Admitted.

2. The Defendant, Supermarket Operations, Inc. d/b/a McComb Market, is a foreign corporation organized under the laws of the State of Louisiana, with its principal office address of Post Office. Box 18220, Natchez, Mississippi 39122-8200. Supermarket Operations, Inc. is doing business in Pike County Mississippi as the McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648. Supermarket Operations, Inc. may be served with process of this Court through its registered agent of process Harley D. Loy, who can be located

2

15-048-PCT 25

at 116 Lower Woodville Road, Post Office Box 8220, Natchez, Mississippi 39120.

    **Response:** The allegations in this paragraph do not pertain to CPM Associates, LP; therefore, no response is required of this Defendant. If a response is required, then the allegations are denied.

    3. The Defendant, Commercial Property 1, LLC, is a Limited Liability Company organized under the laws of the State of Mississippi and with its principal place of business located at 613 Crescent Circle, Suite 200, Ridgeland, Mississippi 39157. Commercial Property 1, LLC may be served with process of this Court through its registered agent of process Gary B. Cress, who can be located at 772 Lake Harbour Drive, Ridgeland, Mississippi 39157 or Post Office Box 1260, Ridgeland, Mississippi 39158.

    **Response:** The allegations in this paragraph do not pertain to CPM Associates, LP; therefore, no response is required of this Defendant. If a response is required, then the allegations are denied.

    4. The Defendant, CPM Associates, L.P., is a Limited Partnership organized under the laws of the State of Tennessee

3

15-048-PCT 26

and with its principal place of business located at 1300 First Tennessee Building, Chattanooga, Tennessee 37402. CPM Associates, L.P. may be served with process of this Court through its registered agent of process Corporation Service Company, 506 South President Street, Jackson, Mississippi 39201.

**Response:** Admitted.

5. Defendants, John Does 1 - 10, are the owners, operators, managers, and all other entities, corporate and/or individuals, of the following:

a) McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648;

b) Supermarket Operations, Inc. located at 116 Lower Woodville Road, Post Office Box 8220, Natchez, Mississippi 39120;

c) Commercial Property 1, LLC located at 613 Crescent Circle, Suite 200, Ridgeland, Mississippi 39157;

d) CPM Associates, L.P., located at 1300 First Tennessee Building, Chattanooga, Tennessee 37402.

These individuals were in same manner negligently and proximately responsible for the events and happenings alleged

4

15-048-PCT 27

in this Complaint and for the Plaintiff's injuries and damages.

**Response:** Denied.


JURISDICTION AND VENUE

6. The Circuit Court of Pike County, Mississippi, has jurisdiction of the parties and the subject matter of this action.

**Response:** Admitted as to CPM Associates, LP.

7. Venue is proper as this civil action arises out of negligent acts and omissions committed in Pike County, Mississippi, and the cause of action occurred and accrued in Pike County, Mississippi.

**Response:** Admitted.

FACTS

8. The Plaintiff adopts and alleges the allegations contained in paragraphs 1 through 8 of this Complaint as if fully set out herein.

**Response:** CPM Associates, LP adopts each of its responses to the previous paragraphs.

9. At all times mentioned in this Complaint, the Defendant, Supermarket Operations, Inc. d/b/a McComb Market owned and operated a grocery/retail store known as

5

15-048-PCT 28

McComb Market located at 1209 Delaware Avenue, McComb,
Mississippi 39648.

   **Response:** Admitted.

   10. At all times mentioned in this Complaint, the
Defendant, Commercial Property l, LLC, owned the property
on which the Defendant, Supermarket Operations, Inc. d/b/a
McComb Market, is located at 1209 Delaware Avenue,
McComb, Mississippi 39648.

   **Response:** Denied.

   11. At all times mentioned in this Complaint, the
Defendant, CPM Associates, L.P ., owned the property on
which the Defendant, Supermarket Operations, Inc. d/b/a
McComb Market, is located at 1209 Delaware Avenue,
McComb, Mississippi 39648.

   **Response:** Admitted.

   12. At all times mentioned in this Complaint, the
Defendant, Supermarket Operations, Inc. d/b/a McComb
Market, invited the general public, including the Plaintiff, to
enter the premises of the McComb Market, located at 1209
Delaware Avenue, McComb, Mississippi 39648, for reasons
mutually advantageous to both the Defendant and the Plaintiff.

6

15-048-PCT 29

**Response:** Denied as stated. It is admitted that the plaintiff was a business invitee at the time of her accident.

13. On or about January 1, 2014, the Plaintiff was an invitee on the premises of the McComb Market located at 1209 Delaware Avenue, McComb, Mississippi 39648.

**Response:** Admitted.

14. At the above-mentioned time and place, the Plaintiff was walking in the parking lot toward the entrance of the subject premises of the McComb Market, when suddenly and without warning, she tripped on a crack between the concrete slabs which caused a dangerous elevation. This caused the Plaintiff to fall violently to the ground causing her to sustain injuries and damages.

**Response:** Denied. It is admitted that the Plaintiff fell as she was walking in the parking lot toward the entrance of the McComb Market. It is also admitted that the Plaintiff fractured the humerus bone in her right arm.

15. The Defendant, Supermarket Operations, Inc., as owners and operators of both the McComb Market, as well as, owners and operators of the premises on which it is located, where the Plaintiff was seriously injured, owed a duty to the

7

15-048-PCT 30

Plaintiff to keep the premises of McComb Market in a reasonably safe condition, to warn the Plaintiff of any dangerous conditions not readily apparent of which it knew or should have known in the exercise of reasonable care, and to conduct reasonable inspections to discover dangerous conditions existing on the premises of the McComb Market.

**Response:** Denied. It is admitted that a premises owner or occupier has a duty to keep the premises reasonably safe. And he/she has a duty to warn of hidden dangers which are known or in the exercise of reasonable care, should have been known.

16. The Defendant, Supermarket Operations, Inc., as owners and operators of both the McComb Market, as well as, the Defendants, Commercial Property 1, LLC, and CPM Associates, L.P., as owners and operators of the premises on which it is located, where the Plaintiff was seriously injured, breached the duties owed to the Plaintiff by:

a) Failing to maintain the premises of the McComb Market in a reasonably safe condition;

b) Failing to make reasonable inspections to discovery [sic] dangerous conditions existing on the premises of

8

**15-048-PCT 31**

the McComb Market;

c) Failing to warn the Plaintiff of the danger presented
by the presence of several mats on the premises of the
McComb Market; and,

d) Failing to otherwise exercise due care with respect to
the matters alleged in this Complaint.

**Response:** Denied.

17. As a direct and proximate result of the negligence of
the Defendants, as set forth above, the Plaintiff slipped and
fell while entering and on the premises of the McComb
Market.

**Response:** Denied. It is admitted that the Plaintiff fell
on the premises.

18. As a further direct and proximate result of the
negligence of the Defendants, as set forth above, the Plaintiff
sustained serious injuries and damages including but not
limited to physical injuries; past, present, and ·future pain and
suffering; past, present and future medical expenses; lost
wages and other damages that will be proved at the trial of this
matter.

**Response:** Denied. It is admitted that the Plaintiff

9

15-048-PCT 32

fractured the humerus bone in her right arm as result of the fall. CPM Associates, LP lacks sufficient information or knowledge concerning any other injuries or damages allegedly sustained by the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff request a trial by jury and demands damages including actual, compensatory, consequential, and incidental damages, or physical injuries; past, present and future physical and emotional pain and suffering, past, present and future medical expenses; lost wages and any other special damages that may be incurred by the Plaintiff, together with attorney's fees, costs of suit and any further relief as the Court may deem proper.

Response: In response to the unnumbered ad damnum paragraph, the CPM Associates, LP denies that the Plaintiff is entitled to a judgment from it in any amount whatsoever.

AND NOW, RESPONDING AFFIRMATIVELY, the Defendant would show unto the Court the following, to-wit:

### First Affirmative Defense

CPM Associates, LP would affirmatively plead Miss. Code Ann. § 11-7-15 (1972) and would aver that the acts and/or

15-048-PCT 33

omissions of the Plaintiff caused, in whole or in part, her own injuries and/or damages and that a recovery, if any, by the Plaintiff must be reduced in accordance with her own proportionate share of fault.

### Second Affirmative Defense

CPM Associates, LP avers that he exercised the degree of care which a reasonably prudent person would have exercised in the same or similar circumstances and thus did not breach any applicable duty owed to Plaintiff.

### Third Affirmative Defense

The Plaintiff has failed to mitigate her damages as required by law.

### Fourth Affirmative Defense

In the event subsequent investigation reveals that the sole proximate, and/or contributing, cause of the Plaintiff's damages, if any, was a preexisting condition, disease, lesion or other illness for which this Defendant would not be liable, CPM Associates, LP reserves the right to defend on said basis.

### Fifth Affirmative Defense

CPM Associates, LP would affirmatively plead Mississippi Code Annotated § 11-7-15 (1972) and § 85-5-7 (Rev.

11

15-048-PCT 34

1991) and would aver that the acts or omissions of others, for whom this Defendant has no responsibility or liability, are the sole proximate, or contributing, cause of the Plaintiff's injury and that a jury must be allowed to assess the proportionate share of fault to said parties and/or participants.

### Sixth Affirmative Defense

In the event subsequent investigation reveals that the Plaintiff's damages, if any, are the result of an intervening act and/or event occurring subsequent to January 1, 2014, which was the sole proximate and/or substantially contributing cause, the Defendant reserves the right to defend on said basis.

### Seventh Affirmative Defense

The condition that allegedly caused the Plaintiff to trip and fall is not considered as dangerous under applicable Mississippi law.

### Eighth Affirmative Defense

The alleged dangerous condition was not caused or created by the Defendants and did not exist for a sufficient length of time to impart constructive knowledge.

### Ninth Affirmative Defense

The condition that allegedly caused the Plaintiff to slip

15-048-PCT 35

and fall was open and obvious and did not require a warning from the Defendants.

### Tenth Affirmative Defense

In the event that the Plaintiff tripped and fell in an area not occupied or controlled by CPM Associates, LP, there would be no liability as to CPM Associates, LP. *Wilson v. Allday*, 487 So. 2d 793, 796 (Miss. 1986).

### Eleventh Affirmative Defense

CPM Associates, LP avers that the Plaintiff has fraudulently joined Commercial Property 1, LLC as a defendant in this case.

### Twelfth Affirmative Defense

CPM Associates, LP reserves the right to affirmatively plead any and all other defenses and affirmative defenses available to him which may become applicable through discovery and during the trial of this cause.

### Thirteenth Affirmative Defense

The facts not having been fully developed, CPM Associates, LP adopts the following affirmative defenses: accord and satisfaction, arbitration and award, assumption of risk, contributory negligence, discharge and bankruptcy,

15-048-PCT 36

duress, estoppels, failure of consideration, fraud, illegality,

injury by fellow servant, laches, license, payment, release, res

judicata, statute of frauds, statute of limitations, waiver, and

any other matter constituting an avoidance or affirmative

defense as may be shown by the fact in this cause.

WHEREFORE, PREMISES CONSIDERED, Defendant

respectfully requests that this Answer be received and deemed

sufficient and that a Judgment be entered in her favor denying

the relief requested by the Plaintiff and dismissing this action

with prejudice with costs being assessed against the Plaintiff.

The Defendant also prays for any general relief which the

Court may deem appropriate in the premises.

Respectfully submitted, this the _7TH_ day May, 2015.


H. Wesley Williams, III
Counsel for CPM Associates, LP

H. Wesley Williams, III
MS Bar No. 9320
MARKOW WALKER, PA
Post Office Box 13669
Jackson, MS 39236-3669
Telephone: 601-853-1911
Facsimile: 601-853-8284
E-mail: wwilliams@markowwalker.com

14

15-048-PCT 37

## Certificate of Service

I, H. Wesley Williams, III, do hereby certify that I have this day mailed via United States mail, and electronic mail, a true and correct copy of the above and foregoing Answer and Defenses to:

John Hall, Esq.
Morgan & Morgan
One Jackson Place, Suite 777
188 E. Capitol Street
Jackson, MS 39201
*Counsel for Plaintiff*

This the __7TH__ day of May, 2015.

H. Wesley Williams, III

15-048-PCT 38

# MORGAN & MORGAN®

### *Attorneys At Law*

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3399



FILED
PIKE COUNTY, MISS.

JUN 10 2015

ROGER A. GRAVES
CIRCUIT CLERK
BY

June 5, 2015

Mr. Roger A. Graves, Clerk
CIRCUIT COURT OF PIKE COUNTY
Post Office Box 31
Magnolia, Mississippi 39652

Re:   *Shirley Ann Evans vs. Supermarket Operations, Inc. d/b/a McComb Market;*
      *Commercial Property 1, LLC; CPM Associates, L.P.; and, John Does 1-10;* In the
      Circuit Court of Pike County, Mississippi; C.A. No. 15-048-PCT
      [Our File No. 2269488]

Dear Mr. Graves:

    Enclosed please find the original and one (1) copy of a *Notice of Service of Discovery Responses* for filing in the above-referenced matter.  Please file the original and return the stamped "filed" copy to me for my file.  I have enclosed a self-addressed, postage prepaid envelope for your convenience.

    Thank you for your assistance in this matter.  If you should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

John C. Hall, II

JCH/mms
Enclosures

ATLANTA, GA ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ LAKELAND, FL
LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MANHATTAN, NY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ ORLANDO, FL ◆ PLANTATION, FL
ST. PETERSBURG, FL ◆ SARASOTA, FL ◆ SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ THE VILLAGES, FL ◆ WINTER HAVEN, FL

15-048-PCT 39

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSISSIPPI

SHIRLEY ANN EVANS                                                            **PLAINTIFF**

VS.                                                    ~~CIVIL~~ ACTION NO. 15-048-PCT

SUPERMARKET OPERATIONS, INC.
d/b/a McCOMB MARKET; COMMERCIAL
PROPERTY 1, LLC; CPM ASSOCIATES, L.P.;
AND, JOHN DOES 1-10                                                       **DEFENDANTS**

*[Stamp: FILED PIKE COUNTY, MISS. JUN 10 2015 ROGER A. GRAVES CIRCUIT CLERK BY]*

---

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

---

Notice is hereby given that the Plaintiff, Shirley Ann Evans, by and through counsel, has

upon this date served in the above entitled action the following:

*Plaintiff's Responses to Defendant*
*CPM Associates, L.P.'s First Set of Requests for Admissions*

THIS, the 4th day of June, 2015.

Respectfully submitted,

**SHIRLEY ANN EVANS, PLAINTIFF**

By: _____
JOHN C. HALL, II, *Her Attorney*

Of Counsel:

John C. Hall, II, MSB No. 99384
MORGAN & MORGAN, P.A.
One Jackson Place, Suite 777
188 E. Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 949-3388
Facsimile:  (601) 949-3399
E-mail: jhall@forthepeople.com

15-048-PCT 40

## <u>CERTIFICATE OF SERVICE</u>

I, John C. Hall, II, counsel of record for the Plaintiff, Shirley Ann Evans, do hereby certify that I have this day forwarded, via United States Mail, postage prepaid, and/or via electronic transmission, a true and correct copy of the foregoing document to the following:

> H. Wesley Williams, III, Esq.
> MARKOW WALKER, P.A.
> Post Office Box 13669
> Jackson, Mississippi 39236-3669
> wwilliams@markowwalker.com

THIS, the 4th day of June, 2015.

_____
JOHN C. HALL, II

**15-048-PCT 41**

# MORGAN & MORGAN®

*—— Attorneys At Law ——*

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3399

June 15, 2015



FILED
PIKE COUNTY, MISS.

JUN 1 8 2015

ROGER A. GRAVES
CIRCUIT CLERK
BY _____

Mr. Roger A. Graves, Clerk
CIRCUIT COURT OF PIKE COUNTY
Post Office Box 31
Magnolia, Mississippi 39652

> Re:   *Shirley Ann Evans vs. Supermarket Operations, Inc. d/b/a McComb Market;*
> *Commercial Property 1, LLC; CPM Associates, L.P.; and, John Does 1-10;  In the*
> *Circuit Court of Pike County, Mississippi; C.A. No. 15-048-PCT*
> [Our File No. 2269488]

Dear Mr. Graves:

Enclosed please find the original and one (1) copy of the executed Proof of Service of Summons, etc. regarding the Defendant, Commercial Property 1, LLC for filing in the above-referenced matter.  Please file the original and return the stamped "filed" copy to me for my file.  I have enclosed a self-addressed, postage prepaid envelope for your convenience.

Thank you for your assistance in this matter.  If you should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

John C. Hall, II

John C. Hall, II

JCH/mms
Enclosures

www.forthepeople.com

ATLANTA, GA   ◆   BOWLING GREEN, KY   ◆   COLUMBUS, GA   ◆   DAYTONA BEACH, FL   ◆   FT. MYERS, FL   ◆   JACKSON, MS   ◆   JACKSONVILLE, FL   ◆   KISSIMMEE, FL   ◆   LAKELAND, FL
LEXINGTON, KY   ◆   LOUISVILLE, KY   ◆   MANHATTAN, NY   ◆   MELBOURNE, FL   ◆   MEMPHIS, TN   ◆   NAPLES, FL   ◆   NASHVILLE, TN   ◆   ORLANDO, FL   ◆   PLANTATION, FL
ST. PETERSBURG, FL   ◆   SARASOTA, FL   ◆   SAVANNAH, GA   ◆   TALLAHASSEE, FL   ◆   TAMPA, FL   ◆   TAVARES, FL   ◆   THE VILLAGES, FL   ◆   WINTER HAVEN, FL

15-048-PCT 42

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSISSIPPI

**SHIRLEY ANN EVANS**                                                           **PLAINTIFF**

VS.                                                        CIVIL ACTION NO. _15 048 PCT_

**SUPERMARKET OPERATIONS, INC.**
**d/b/a McCOMB MARKET;**
**COMMERCIAL PROPERTY 1, LLC;**
**CPM ASSOCIATES, L.P.; AND, JOHN DOES 1-10**                        **DEFENDANTS**

### SUMMONS

**STATE OF MISSISSIPPI**

**COUNTY OF PIKE**

> TO:   **COMMERCIAL PROPERTY 1, LLC**
> c/o Gary B. Cress, Registered Agent
> 772 Lake Harbour Drive
> Ridgeland, Mississippi 39157

#### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to John C. Hall, II, attorney for the Plaintiff, whose address is MORGAN & MORGAN, P.A., One Jackson Place, Suite 777, 188 East Capitol Street, Jackson, Mississippi 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the Discovery which is simultaneously being served with the Complaint must be must be mailed or delivered within forty five (45) days from the date of delivery of this Summons and Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued, under my hand and the seal of said Court, this _20_ day of _March_, _____.

**ROGER A. GRAVES, CLERK**
**CIRCUIT COURT OF PIKE COUNTY**

By: _____

15-048-PCT 43

## PROOF OF SERVICE

SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF
INTERROGATORIES PROPOUNDED TO THE DEFENDANTS AND PLAINTIFF'S FIRST SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE DEFENDANTS

**Commericial Property 1, LLC**

NAME OF PERSON OR ENTITY SERVED

I, the undersigned process server, served the Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants upon the person or entity named above in the manner set forth below:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE: By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

___**X**___ PERSONAL SERVICE. I personally delivered copies to **Commericial Property 1** on the **13th** day of **April**, 2015, where I found said person(s) in **Madison** County of the State of Mississippi.

_____ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within County, Mississippi. I served the summons and complaint on the _____ day of _____, 2015, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants with _____, who is the _____ (*wife, husband, son, daughter or other person, as the case may be*), a member of the family of the person served above the age of sixteen years and willing to receive Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants, and thereafter on the _____ day of _____, 2015, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or the return envelope marked "Refused".*)

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: **45.00**

Process server must list below: [*Please print or type.*]

Name: **Lee Van Young sr.**

Address: **P.D. Box 24251**
**Jackson, Ms. 39225**

Social Security No. _____

Telephone No. **601-906-5780**

STATE OF MISSISSIPPI

COUNTY OF **Hinds**

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named **Lee Van Young sr** who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service – Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants" are true and correct as herein stated.

_____
PROCESS SERVER (*Signature*)

Sworn to and subscribed before me this the **21** day of **April**, 2015.

(*Seal*)

_____
NOTARY PUBLIC

My Commission Expires:

_____

CIRCUIT COURT
HINDS COUNTY, MISS.

FILED
PIKE COUNTY, MISS.

JUN 1 8 2015

ROGER A. GRAVES
CIRCUIT CLERK

BY _____

15-048-PCT 44

# MORGAN & MORGAN®

*Attorneys At Law*

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3399

June 15, 2015



```
         FILED
   PIKE COUNTY, MISS.

     JUN 1 8 2015

       ROGER A. GRAVES
BY      CIRCUIT CLERK
```

Mr. Roger A. Graves, Clerk
CIRCUIT COURT OF PIKE COUNTY
Post Office Box 31
Magnolia, Mississippi 39652

       Re:    *Shirley Ann Evans vs. Supermarket Operations, Inc. d/b/a McComb Market;*
                *Commercial Property I, LLC; CPM Associates, L.P.; and, John Does 1-10;* In the
                Circuit Court of Pike County, Mississippi; C.A. No. 15-048-PCT
                [Our File No. 2269488]

Dear Mr. Graves:

      Enclosed please find the original and one (1) copy of the executed Proof of Service of
Summons, etc. regarding the Defendant, CPM Associates, L.P. for filing in the above-referenced
matter. Please file the original and return the stamped "filed" copy to me for my file. I have
enclosed a self-addressed, postage prepaid envelope for your convenience.

      Thank you for your assistance in this matter. If you should you have any questions or
concerns, please do not hesitate to contact me.

                             Sincerely,

                             John C. Hall, II

JCH/mms
Enclosures

www.forthepeople.com

ATLANTA, GA ❖ BOWLING GREEN, KY ❖ COLUMBUS, GA ❖ DAYTONA BEACH, FL ❖ FT. MYERS, FL ❖ JACKSON, MS ❖ JACKSONVILLE, FL ❖ KISSIMMEE, FL ❖ LAKELAND, FL
LEXINGTON, KY ❖ LOUISVILLE, KY ❖ MANHATTAN, NY ❖ MELBOURNE, FL ❖ MEMPHIS, TN ❖ NAPLES, FL ❖ NASHVILLE, TN ❖ ORLANDO, FL ❖ PLANTATION, FL
ST. PETERSBURG, FL ❖ SARASOTA, FL ❖ SAVANNAH, GA ❖ TALLAHASSEE, FL ❖ TAMPA, FL ❖ TAVARES, FL ❖ THE VILLAGES, FL ❖ WINTER HAVEN, FL

15-048-PCT 45

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSISSIPPI

**SHIRLEY ANN EVANS**                                                                              **PLAINTIFF**

**VS.**                                                                CIVIL ACTION NO. _15-048-PCT_

**SUPERMARKET OPERATIONS, INC.**
**d/b/a McCOMB MARKET;**
**COMMERCIAL PROPERTY 1, LLC;**
**CPM ASSOCIATES, L.P.; AND, JOHN DOES 1-10**                                  **DEFENDANTS**

### SUMMONS

**STATE OF MISSISSIPPI**

**COUNTY OF PIKE**

TO:   **CPM ASSOCIATES, L.P.**
       c/o Corporation Service Company, Registered Agent
       506 South President Street
       Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to John C. Hall, II, attorney for the Plaintiff, whose address is MORGAN & MORGAN, P.A., One Jackson Place, Suite 777, 188 East Capitol Street, Jackson, Mississippi 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the Discovery which is simultaneously being served with the Complaint must be must be mailed or delivered within forty five (45) days from the date of delivery of this Summons and Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued, under my hand and the seal of said Court, this _20_ day of _March_

**ROGER A. GRAVES, CLERK**
**CIRCUIT COURT OF PIKE COUNTY**

By: _____ D.C.

15-048-PCT 46

**PROOF OF SERVICE**

SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF
INTERROGATORIES PROPOUNDED TO THE DEFENDANTS AND PLAINTIFF'S FIRST SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE DEFENDANTS

*CPM Associates, L.P.*

NAME OF PERSON OR ENTITY SERVED

      I, the undersigned process server, served the Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants upon the person or entity named above in the manner set forth below:

_____  FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE: By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

*April*  \_\_\_X\_\_\_  PERSONAL SERVICE.  I personally delivered copies to *CPM Associates, L.P.* by serving Danny Terry on the *8th* day of , 2015, where I found said person(s) in *Hinds* County of the State of Mississippi.

_____  RESIDENCE SERVICE.  After exercising reasonable diligence, I was unable to deliver copies to said person within County, Mississippi.  I served the summons and complaint on the _____ day of _____ , 2015, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants with _____ , who is the _____ (wife, husband, son, daughter or other person, as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants, and thereafter on the _____ day of _____ , 2015, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____  CERTIFIED MAIL SERVICE.   By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.  *(Attach signed return receipt or the return envelope marked "Refused".)*

At the time of service I was at least 18 years of age and not a party to this action. *35.00*

Fee for service: _____

Process server must list below: [Please print or type.]

Name: *Lee Van Young sr.*

Address: *P.O. Box 24257*

*Jackson, Ms. 39225*

Social Security No. _____

Telephone No. *601-906-5780*

STATE OF MISSISSIPPI

COUNTY OF *Hinds*

      Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named *Lee Van Young sr.*

who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service — Summons, Complaint, Plaintiff's First Set of Interrogatories Propounded to the Defendants and Plaintiff's First Set of Requests for Production of Documents Propounded to the Defendants" are true and correct as herein stated.

PROCESS SERVER (Signature)

Sworn to and subscribed before me this the \_\_\_*21*\_\_\_ day of *April* , 2015.

(Seal)

NOTARY PUBLIC

My Commission Expires:

*4/16/16*

**FILED**
**PIKE COUNTY, MISS.**

**JUN 18 2015**

ROGER A. GRAVES
CIRCUIT CLERK

BY _____