IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **Shirley Ann Evans**<br><br>Plaintiffs<br><br>v.<br><br>**Supermarket Operations, Inc. d/b/a McComb Market; Commercial Property 1, LLC; CPM Associates, L.P. and John Does 1-10**<br><br>Defendant | Cause No. 5:15cv61 DCB-MTP<br><br>**Order Dismissing Commercial Property 1, LLC without prejudice** |

**THIS CAUSE** having come on for hearing on the motion for the parties to dismiss Commercial Property 1, LLC and this Court, having considered the same and being fully advised in the premises finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Commercial Property 1, LLC be dismissed without prejudice, with each party to bear their respective costs.

**SO ORDERED** this the  23rd   day September, 2015.

                             s/David Bramlette
                             U. S. DISTRICT JUDGE

Approved as to form:

*s/ Samuel F. Creasey*
Samuel F. Creasey
MS Bar No. 99555
Morgan & Morgan
One Jackson Place, Suite 777
188 E. Capitol Street
Jackson, MS 39201
Email: screasey@forthepeople.com


s*/H. Wesley Williams, III*
H. Wesley Williams, III
MS Bar No. 9320
Markow Walker, PA
Post Office Box 13669
Jackson, MS 39236-3669
Telephone: 601-853-1911
Facsimile: 601-853-8284
Email: wwilliams@markowwalker.com