IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **Shirley Ann Evans**  <br><br>Plaintiffs <br><br>v. <br><br>**Supermarket Operations, Inc. d/b/a McComb Market; CPM Associates, L.P. and John Does 1-10** <br><br>Defendant | Cause No. 5:15cv61 DCB-MTP <br><br>**Joint and Unopposed Motion to Extend the Motion Deadline** |

The Defendant, Supermarket Operations d/b/a McComb Market, and the Plaintiff, Shirley Evans, present this Joint and Unopposed Motion to Extend the Motion Deadline, by and through their respective counsel of record, and supports this motion as follows:

(1) The parties have been engaged in settlement negotiations. There is a likelihood that the case could resolve if the amount of a TRICARE lien can be confirmed and negotiated. The Plaintiff has made diligent efforts in this regard, but has not received a response from TRICARE.

(2) The motion deadline is Monday, September 19, 2016. Both parties would prefer to avoid the time and expense associated with preparing a dispositive motion. In the light of

the circumstances, the parties request that the deadline to file dispositive motions be extended to extend the current motion deadline by fourteen (14) days to October 3, 2016.

WHEREFORE PREMISES CONSIDERED, the parties request that an Order be entered extending the Motion deadline for all motions, except motions *in limine*, to October 3, 2016.

Respectfully submitted, this the 14th day of September, 2016.

            s/ H. Wesley Williams, III
           H. Wesley Williams, III
           Claire F. Stamm
           Counsel for CPM Associates, L.P.

H. Wesley Williams, III
MS Bar No. 9320
Claire F. Stamm
MS Bar No. 105041
Markow Walker, PA
Post Office Box 13669
Jackson, MS 39236-3669
Telephone: 601-853-1911
Facsimile: 601-853-8284
E-mail: wwilliams@markowwalker.com
    cstamm@markowwalker.com

## Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing Pleading was this day forwarded to all counsel of record by depositing a copy of same via:

- ☐ United States Mail
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Hand Delivery
- ☒ Email
- ☐ Overnight Mail
- ☒ ECF System

This the <u>14th</u> day of <u>September</u>, 2016.

        s/ H. Wesley Williams, III
        H. Wesley Williams, III
        Claire F. Stamm